# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MARCH 11, 2020

---

## NO. 03-18-00668-CV

**John Hatchett, Sandra Hatchett, and JPH Capital LLP, Appellants**

**v.**

**West Travis County Public Utility Agency, Appellee**

---

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA**
**REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the order signed by the trial court on September 20, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in that portion of the order dismissing appellants' UDJA claims. Therefore, the Court affirms that portion of the trial court's order. The Court further holds that there was reversible error in that portion of the order dismissing appellants' vested-rights claims. Therefore, the Court reverses that portion of the trial court's order and remands the case to the trial court for further proceedings. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.